**E-FILED**
Friday, 01 September, 2006  09:00:46 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT ROCK ISLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:05-040024 |
| v. | ) | |
| | ) | |
| JEFF ALEX MAZON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### MOTION TO QUASH AND/OR MODIFY RULE 17(C)
### SUBPOENAS ISSUED BY DEFENDANT MAZON

Pursuant to Federal Rule of Criminal Procedure 17(c)(2), third parties Halliburton Company ("Halliburton"); and Kellogg Brown and Root Services, Inc., Kellogg Brown and Root, LLC, and Kellogg Brown & Root International, Inc. (collectively "KBR"); David J. Lesar; and William P. Utt (collectively "Petitioners"), by and through undersigned counsel, move this Court for an order quashing and/or modifying the subpoenas issued by defendant Jeff Mazon ("Mazon").  In support hereof, Petitioners refer the Court to their Memorandum of Law filed herewith.

Petitioners request expedited consideration and oral argument on this Motion.

Respectfully submitted,


/s/ Craig D. Margolis_____
C. Michael Buxton
Craig D. Margolis **[Lead Attorney]**
Michael A. Columbo
Amy L. Riella
VINSON & ELKINS LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-1008
(202) 639-6500
(202) 639-6604 (facsimile)

L. Lee Smith
HINSHAW & CULBERTSON LLP
456 Fulton Street
Suite 298
Peoria, Illinois 61602]
(309) 669-0129
(309) 674-9328 (facsimile)

Attorneys for Petitioners
Halliburton Company;
Kellogg Brown & Root Services, Inc.;
Kellogg Brown & Root, LLC;
Kellogg Brown & Root International, Inc.;
David J. Lesar; and
William P. Utt

August 31, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August 2006, I caused the foregoing

Motion to Quash and/or Modify Rule 17(c) Subpoenas Issued by Defendant Mazon and

proposed Order to be served by ECF and first-class U.S. mail, postage prepaid, upon:

> Mr. J. Scott Arthur
> Crystal Professional Center
> 14315 South 108th St. Ave, Suite 222
> Orland Park, Illinois 60457
> *Counsel for Jeff Alex Mazon*
>
> Mr. H. Christopher Bartolomucci
> Hogan & Hartson
> 555 13th St., NW
> Washington, DC 20004
> *Counsel for Ali Hijazi*
>
> Greggory R. Walters
> Assistant United States Attorney
> One Technology Plaza
> 211 Fulton Street, Suite 400
> Peoria, Illinois 61602

                              /s/ Craig D. Margolis
                              Craig D. Margolis