E-FILED
Thursday, 14 December, 2006  01:41:06 PM
Clerk, U.S. District Court, ILCD

FILED
DEC 1 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-40024-01 |
| ) | |
| JEFF ALEX MAZON, ) | |
| ) | |
| Defendant. ) | |

# O R D E R

The Court has reviewed the documents delivered by Kellog, Brown & Root LLC ("KBR") for in-camera inspection as to their relevancy and privileged status in connection with KBR's compliance with the subpoena issued by Defendant for production of "all files, 'tainted and untainted' of the Home Server of Jeff Mazon on the KBR file server." The Court finds that virtually all documents relate to KBR's internal investigation of its suspicion that Defendant Mazon may have solicited/accepted kickbacks. The Court also finds that all such documents appear to be subject to either the "attorney-client" or "work product" privilege and are therefore immune from discovery. The Court did not find any document relating to any purported statement by Defendant Mazon relating to his involvement or lack of involvement in any solicitation/ acceptance of kickbacks. This Order assumes that KBR has provided the Court with all non-previously disclosed documents relating to its investigation of Defendant Mazon's participation in possible kickbacks. I mention this because there appears to be logical gaps in the continuity of some of the documents the Court has examined. The Court assumes that these missing documents, if such is the

case, have already been disclosed to the Government and/or Defendant Mazon, e.g. a report by the KBR investigators of their interviews with Defendant Mazon. The Clerk is directed to file the Privilege Log as part of the public record. The remainder of submitted documents are to remain under seal.

ENTERED this 14th day of December, 2006.

                                          s/ Joe B. McDade
                                          JOE BILLY McDADE
                                          United States District Judge