E-FILED

Thursday, 14 December 2006 01:51:15 PM
Clerk, U.S. District Court, ILCD

FILED

DEC 1 4 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



## Kellogg Brown & Root Services, Inc.
### *United States v. Mazon,* Case No. 05-40024

### Privilege Log for KBR Security Investigation Documents Submitted *in Camera* Pursuant to the Order of Judge McDade dated September 11, 2006

| Number | Dates | Author(s) | Recipient(s) | Description | Privilege |
|---|---|---|---|---|---|
| 1. | 11/5/2003 | Chris Heinrich* | Harry Conklin | Email chain from KBR counsel to KBR investigator regarding counsel's advice for investigation and forwarding 11/4/03 email to counsel re: allegations of La Nouvelle improprieties. | Attorney-Client Privilege; Attorney Work Product Privilege. |
| 2. | 10/31/03 | Annette Tippler | Fernando Gration; Anthony Garzione; Billy Smith | Email re issues between KBR and La Nouvelle / Ali Hijazi over an unrelated contract. | Irrelevant; Non Responsive. |
| 3. | 11/4/03 | Chris Heinrich* | Harry Conklin | E-mail chain between KBR counsel and KBR investigator regarding counsel's advice concerning investigation of an unrelated project and the investigation of Jeff Mazon. | Attorney-Client Privilege; Attorney Work Product Privilege. |
| 4. | 6/16/06 | David Kent* (Vinson & Elkins, LLP) | Richard Mize* Michael Columbo* (Vinson & Elkins, LLP) | E-mail chain among counsel regarding counsel's advice concerning DOJ interview of Halliburton Assistant General Counsel, Richard Mize*, and attaching previously-disclosed documents KBR 1093-KBR1176. | Attorney-Client Privilege; Attorney Work Product Privilege. |
| 5. | undated | Richard Mize* | | Handwritten notes of Halliburton assistant general counsel re timeline of events in the investigation of La Nouvelle. | Attorney-Client Privilege; Attorney Work Product Privilege. |
| 6. | 5/12/05 | Richard Mize* | William Bedman* | E-mail prepared by counsel re: KBR disclosure to DOD IG of possibility that former KBR employees solicited/accepted kickbacks. | Attorney-Client Privilege; Attorney Work Product Privilege |



| Number | Dates | Author(s) | Recipient(s) | Description | Privilege |
|--------|-------|-----------|--------------|-------------|-----------|
| 7. | 5/12/05 | Richard Mize* | William Bedman* | E-mail prepared by counsel re: disclosure to DODIG, referencing earlier discussion involving counsel, the internal audit that revealed the issue, and attaching public disclosure form 10Q. | Attorney-Client Privilege; Attorney Work Product Privilege. |
| 8. | undated | Richard Mize* | | Handwritten notes prepared by Halliburton Assistant General Counsel re: Jeff Mazon investigation. | Attorney-Client Privilege; Attorney Work Product Privilege. |
| 9. | 3/18/2005 | Margaret Carriere* | Ann Phillip; Bruce Metzinger*; Ed Groff*; Keith Hennessee*; Mary Jo Trybend; Mike Weberpal*; Pam Watkins; Patricial Muras; Paula Kirby; Richard Mize*; Rick Chapman*; Robert Hayter*; Ronald Perkowski; Terry Soderstrom; Thomas Cooney* | E-mail to selected recipients, including Halliburton attorneys, regarding the treatment by the media of Jeff Mazon's indictment. | Irrelevant; Non-responsive. |
| 10. | 11/5/04 | Halliburton | Securities & Exchange Commission | Selected page from Halliburton's 11/5/04 Form 10-Q filing with the SEC regarding Jeff Mazon's indictment. | Irrelevant; Non-responsive. |
| 11. | undated | Richard Mize* | | Handwritten notes prepared by Halliburton Assistant General Counsel re telephone call with KBR counsel re: government's investigation. | Attorney-Client Privilege; Attorney Work Product Privilege. |

CONFIDENTIAL

| Number | Dates | Author(s) | Recipient(s) | Description | Privilege |
|---|---|---|---|---|---|
| 12. | 2/27/04 | Richard Mize*; Chirs Heinrich*; Karen Bush | Richard Mize*; Chirs Heinrich*; Karen Bush; Cheryl Ritondale; JB Portillo | E-mail chain involving Halliburton Assistant General Counsel and KBR counsel re: counsel's advice for KBR response to government request for information and attaching email records of Jeff Mazon's and Steve Seamans' Code of Business Conduct training. | Attorney Client Privilege; Attorney Work Product Privilege. |
| 13. | 1/29/04 | Richard Mize* | | Handwritten notes prepared by Halliburton Assistant General Counsel re: 1/29/04 telephone call with KBR counsel, outside counsel to KBR, and others re: La Nouvelle, Jeff Mazon, and Steve Seamans allegations, and outside counsel's actions. | Attorney-Client Privilege; Attorney Work Product Privilege. |
| 14. | 1/26/04 | Richard Mize*; Chris Heinrich*. | Chris Heinrich*; Dennis Croysdale | E-mail chain involving Halliburton Assistant General Counsel and KBR counsel re recent developments in KBR investigation into subcontract 39. | Attorney-Client Privilege; Attorney Work Product Privilege. |
| 15. | 1/23/04 | Halliburton | | Press release re: crediting of government. | Irrelevant; Non-responsive |
| 16. | 1/22/04 | Halliburton | | Press release re: award of RIO & CENTCOM contracts, and company audit practices. | Irrelevant; Non-responsive |
| 17. | 1/23/04 | Richard Mize* | | Handwritten notes prepared by Halliburton Assistant General Counsel re: KBR certification meeting and discussion of procurement compliance plans, and the removal of a temporary employee discovered to have falsified hours worked. | Attorney-Client Privilege; Attorney Work Product Privilege. |

3

CONFIDENTIAL

| Number | Dates | Author(s) | Recipient(s) | Description | Privilege |
|--------|-------|-----------|--------------|-------------|-----------|
| 18. | 1/23/04 | Richard Mize*; James Dale (Director of Halliburton Corporate Security) | James Dale; Richard Mize*; Jim Hughey. | E-mail chain between Halliburton Assistant General Counsel and Halliburton Corporate Security re: investigation and involvement of KBR security, counsel and outside counsel. | Attorney-Client Privilege; Attorney Work Product Privilege. |
| 19. | 1/22/04 | Richard Mize* | Chris Heinrich*; Dennis Croysdale | Emails from Halliburton Assistant General Counsel to KBR counsel re: investigation into La Nouvelle and prior discussion about the investigation, and request between counsel to dicuss the matter further. | Attorney-Client Privilege; Attorney Work Product Privilege. |
| 20. | 1/22/04 | Richard Mize* | Chris Heinrich*; Dennis Croysdale. | Email from Halliburton Assistant General Counsel to KBR counsel re investigation into La Nouvelle and prior discussion about the investigation. | Attorney-Client Privilege; Attorney Work Product Privilege. |
| 21. | 1/16/04 | Chris Heinrich* | Richard Mize* | Email from KBR counsel to Halliburton Assistant General Counsel discussing past investigation of La Nouvelle and future plans for investigation. Also, handwritten notes affixed to the printed email written by Halliburton Assistant General Counsel containing strategy and legal thoughts and impressions. | Attorney-Client Privilege; Attorney Work Product Privilege. |
| 22. | 1/11/04 | Chris Heinrich* | Randy Harl Bert Cornelison TJ Lopez; Al Neffgen Tom Crum Jim Lehmann* Cindy Viktorin John Townsent William Jonas Harry Conklin Harry Norman | Email from KBR counsel providing legal advice and assigning tasks to various people in wake of indications that Jeff Mazon and another employee received kickbacks from La Nouvelle. | Attorney-Client Privilege; Attorney Work Product Privilege. |

4



| Number | Dates | Author(s) | Recipient(s) | Description | Privilege |
|---|---|---|---|---|---|
| 23. | 11/26/03 | Chris Heinrich* | Bert Cornelison; Jim Lehmann*; Richrad Mize*. | Email from KBR counsel summarizing work done by counsel and investigators, and providing legal advice and impressions. | Attorney Client Privilege; Attorney Work Product Privilege. |
| 24. | 11/17/03 | Harry Conklin | Chris Heinrich*; Richard Mize* | Email chain between KBR Security investigator and counsel for KBR and Halliburton regarding investigator's work re: allegations against other employees. | Attorney Client Privilege; Attorney Work Product Privilege. |
| 25. | 10/23/03 | Chris Heinrich*; Richard Mize*; Gregory Jacobs, Dennis Croysdale, Harry Conklin | Richrad Mize*; Harry Conklin; Chris Heinrich*; Gregory Jacobs; Dennis Croysdale | Email chain between KBR counsel, Halliburton assistant general counsel, Halliburton audit services personnel, and investigator re: assignment of investigator to this matter. | Attorney Client Privilege; Attorney Work Product Privilege. |
| 26. | 10/21/03 | Richard Mize*; Gregory Jacobs; Dennis Croysdale; Harry Conklin | Chris Heinrich*; Richard Mize*; Gregory Jacobs; Dennis Croysdale; Harry Conklin | Email chain between KBR counsel, Halliburton assistant general counsel, Halliburton audit services personnel, and investigator re: assignment of investigator to this matter. | Attorney Client Privilege; Attorney Work Product Privilege. |
| 27. | 10/14/03 | Chris Heinrich*; Richard Mize*; Gregory Jacobs; Dennis Croysdale | Chris Heinrich*; Richard Mize*; Gregory Jacobs; Dennis Croysdale | Email chain regarding counsel's impressions and discussion re strategy re results of internal audit. | Attorney Client Privilege; Attorney Work Product Privilege. |
| 28. | 10/13/03 | Dennis Croysdale; Gregory Jacobs | Richard Mize*; | Email chain communicating results of Halliburton internal audit to Halliburton Assistant General Counsel. | Attorney Client Privilege. |
| 29. | 10/9/03 | Richard Mize* | | Handwritten notes of Halliburton assistant general counsel re: telephone call with Halliburton Audit department and results of Halliburton internal audit. | Attorney Client Privilege; Attorney Work Product Privilege. |
| 30. | 10/23/03 | Harry Conklin; Chris Heinrich*; Richard Mize*; Gregory Jacobs; Dennis Croysdale | Chris Heinrich*; Richard Mize*, Harry Conklin; Gregory Jacobs; Dennis Croysdale | Emaill chain re counsel's advice and communications to counsel and among counsel regarding alleged improprieties and Halliburton internal audit report. | Attorney Client Privilege; Attorney Work Product Privilege. |


CONFIDENTIAL

| Number | Dates | Author(s) | Recipient(s) | Description | Privilege |
|---|---|---|---|---|---|
| 31. | Undated | Harry Conklin | | Notes of invesgtigator working at the didrection of Halliburton/KBR attorneys re: interview of Adreas Mohr, General Manager of TWG. | Attorney Client Privilege; Attorney Work Product Privilege. |

DC 635976v.3

**CONFIDENTIAL**